# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF  ALABAMA

AMANDA TURNER NOBLES

V.

ZENTA, et all

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv886

TO: (Name and address of defendant)
Protocol Recovery Services
509 Mercer Avenue
Panama City, FL. 32401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within     20     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE 9/23/05

# UNITED STATES DISTRICT COURT

MIDDLE                                  DISTRICT OF    ALABAMA

AMANDA TURNER NOBLES

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:05cv886

ZENTA, et all

TO: (Name and address of defendant)
Zenta
435 Devon Park Drive
Building 300
Wayne, PA 19087

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

DATE   9/23/05

(BY) DEPUTY CLERK