| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Laura Lewis*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  *Laura Lewis*   C. Date of Delivery  7/28 |
| 1. Article Addressed to:<br><br>Protocol Recovery Services, Inc.<br>509 Mercer Avenue<br>Panama City, FL 32401<br><br>SLC  05-886 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0550 0001 1690 2866 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540