| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  S. Stephens  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  10/3 |
| 1. Article Addressed to:<br><br>Zenta<br>435 Devon Park Drive<br>Building 300<br>Wayne, PA 19087<br><br>SVC  05-884 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0550 0001 1690 2859 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540