IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:05-CV-886-B |
| | ) |
| ZENTA AND PROTOCOL RECOVERY SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Pursuant to Defendants' unopposed *Motion for Extension of Time to Answer* (Doc. 5, filed October 18, 2005), it is,

**ORDERED** that the motion is **GRANTED**. Accordingly, Defendant Protocol Recovery Services, Inc., is allowed to and including November 18, 2005, to file an answer to the complaint.

Done this 24th day of October, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE