IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA NOBLES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05cv886-B |
| ) | |
| ZENTA, et al., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, Amanda Nobles, to inform this Honorable Court that the defendant Zenta and the plaintiff have reached a settlement.  It is anticipated that the parties will require fourteen days to finalize the details and submit a joint stipulation of dismissal.  The plaintiff has not reached settlement with any other defendants in this matter at this time.

RESPECTFULLY SUBMITTED this the _1st_ day of November, 2005.

> s/K. ANDERSON NELMS
> K. ANDERSON NELMS
> P.O. Box 5059
> Montgomery, AL 36103
> Phone: (334) 263-7733
> Fax: (334) 832-4390
> andynelms@jaylewislaw.com
> ASB-6972-E63K
> Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by electronic delivery on this_1st_ day of November, 2005.

Neal DeWitt Moore , III, Esq.

Brian Ellis, Esq.
600 Broadway
suite 670
Kansas City, MO 64105
bfe@ellislaw/kc.com

                                              s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K