**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 29, 2005

NOTICE OF REASSIGNMENT

Re:   Amanda Nobles vs. Zenta, et al.
      Civil Action No.  2:05cv886-B

The above-styled case has been reassigned to Judge W. Harold Albritton.

Please note that the case number is now 2:05cv886-A.  This new case number should be used on all future correspondence and pleadings in this action.