IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC 12  P 2: 58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| AMANDA NOBLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:05cv886-B |
| | ) | |
| ZENTA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** the plaintiff Amanda Nobles and the defendant Zenta to inform this Honorable Court that the defendant Zenta and the plaintiff have reached a settlement. The parties agree that the defendant Zenta should be dismissed with prejudice. This considered the parties file this joint stipulation of dismissal pursuant to Fed. R. Civ. P, Rule 41(a)(1). The plaintiff has not reached settlement with any other defendants in this matter at this time.

RESPECTFULLY SUBMITTED this the 12th day of December, 2005.

_____
Andy Nelms
P.O. Box 5059
Montgomery, AL 36103
Counsel for Plaintiff

_____
Brian Ellis
600 Broadway
Suite 670
Kansas City, MO 64105
Counsel for Zenta

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by electronic delivery on this ~~6th~~ 12th day of December, 2005.

Neal DeWitt Moore, III, Esq.
Ferguson, Frost & Dodson, LLP
P.O. Box 430189
Birmingham, AL 35243

_____
OF COUNSEL