IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA NOBLES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZENTA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05cv886-A |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #11), filed on December 12, 2005, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice as to the Defendant Zenta, and Defendant Zenta is dismissed from this case as a party defendant. The case shall proceed against the remaining Defendant.

DONE this 13th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE