IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv886-A ) |
| PROTOCOLA RECOVERY SERVICES, INC., | ) ) |
| Defendant. | ) |

## ORDER

The parties having failed to comply with the order of the court (Doc. #10), entered on December 5, 2005, it is hereby

ORDERED that the parties show cause **on or before December 23, 2005**, why this case should not be dismissed for want of prosecution.

DONE this 21st day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE