IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA NOBLES            ) | |
| )| |
| Plaintiff,       ) | |
| ) | |
| v.                                      ) | CIVIL ACTION NO.: 2:05cv886-B |
| ) | |
| ZENTA, et al.,                    ) | |
| ) | |
| Defendant.     ) | |

## RESPONSE TO SHOW CAUSE ORDER

**COMES NOW** the Plaintiff, Amanda Nobles, to inform this Honorable Court that counsel for the parties held a planning meeting on December 12, 2005.  The Parties Planning Report was drafted and signed by counsel on December 14, 2005.  However, for reasons unknown the report was not filed with the Clerk of the Court.  The Parties Planning Report, as signed by the parties on December 14, 2005, is now filed with the Clerk of the Court via EMCF.

RESPECTFULLY SUBMITTED this the _21st_ day of December, 2005.

> s/K. ANDERSON NELMS
> K. ANDERSON NELMS
> P.O. Box 5059
> Montgomery, AL 36103
> Phone: (334) 263-7733
> Fax: (334) 832-4390
> andynelms@jaylewislaw.com
> ASB-6972-E63K
> Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by electronic delivery on this_21st_ day of December, 2005.

Neal DeWitt Moore , III, Esq.

Brian Ellis, Esq.
600 Broadway
suite 670
Kansas City, MO 64105
bfe@ellislaw/kc.com

                                                s/K. ANDERSON NELMS
                                                K. ANDERSON NELMS
                                                P.O. Box 5059
                                                Montgomery, AL 36103
                                                Phone: (334) 263-7733
                                                Fax: (334) 832-4390
                                                andynelms@jaylewislaw.com
                                                ASB-6972-E63K