IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT COURT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-CV-886 |
| ) | |
| ZENTA AND PROTOCOL RECOVERY ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO SHOW CAUSE ORDER

In response to the order of this Court requiring the parties to show cause why this matter should not be dismissed for want of prosecution, the parties show as follows:

Though the Report of the Parties' Planning Meeting was not filed with the Court on December 19, 2005, the parties did conduct the Rule 26 Scheduling Conference as required by the Court and have agreed on proposed deadlines to complete discovery and prepare the case for trial. Though the report is being filed two days after the Court's cutoff, the parties have not delayed in preparing this case and, by filing the report after the deadline, there will be no delay occasioned in preparing this case pursuant to the deadlines requested in the Report of the Parties' Planning Meeting.

Wherefore, premises considered, the parties respectfully request this Honorable Court to excuse the delay in filing the Report of the Parties' Planning Meeting as the parties did timely meet

1

to establish deadlines per the Court's Order and as no delay in the preparation of this case will be occasioned by accepting a late filing.

Counsel for the defendant has filed this motion in order to expedite the process even further. Counsel for the plaintiff joins in the motion.

RESPECTFULLY SUBMITTED,

_____
Neal D. Moore, III   (MOO 073)
Attorney for Protocol Recovery Services, Inc

FERGUSON, FROST & DODSON, LLP
Post Office Box 430189
Birmingham, Alabama  35243
(205) 879-8722

cc:   Mr. K. Anderson Nelms
      The Law Offices of Jay Lewis, LLC
      847 So. McDonough Street
      Montgomery, Alabama 36104

123006

2