IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv886-WHA |
| PROTOCOL RECOVERY SERVICES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

     This case is pending before the court on the Motion for Leave to Amend Complaint and Add Defendant (Doc. #18), in which the Plaintiff seeks to add MRS Associates, Inc. as a Defendant.  The court will grant the motion, but the style of the case shown in the Amended Complaint attached to the motion incorrectly lists "Zenta and Protocol Recovery Services, Inc., Defendants."  Zenta has previously been dismissed from this case, and the style does not include the new Defendant, MRS Associates, Inc.  The court approves the proposed Amended Complaint except for that.  Upon filing by the Plaintiff of a corrected Amended Complaint properly naming the Defendants in the style to that Amended Complaint, but in all other respects the same as that attached to the motion, it will be allowed to be filed.  Therefore, with that understanding,

     It is ORDERED that the motion is GRANTED.  Plaintiff is DIRECTED to promptly file the corrected Amended Complaint and obtain service on the new Defendant.

     DONE this 14th day of February, 2006.

                                              /s/ W. Harold Albritton
                                              W. HAROLD ALBRITTON
                                              SENIOR UNITED STATES DISTRICT JUDGE