IN THE UNITED STATES DISTRICT COURT OF ALABAMA
MIDDLE DISTRICT COURT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05-CV-886 |
| ) | |
| ZENTA AND PROTOCOL RECOVERY ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

### PRO TANTO JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the parties, Amanda Turner Nobles, plaintiff, Protocol Recovery Services, Inc., defendant, by and through their respective counsel and hereby request this Honorable Court to enter an order dismissing all claims by Amanda Turner Nobles against Protocol Recovery Services, Inc. with prejudice, with costs taxed as paid and with plaintiff to satisfy all valid or outstanding liens or subrogation interests relating to Amanda Turner Nobles and this matter.

Date: 2-17-06

Neal D. Moore, III
Ferguson, Frost & Dodson, LLP
Post Office Box 430189
Birmingham, AL 35243-0189
*Attorney for Defendant,*
*Protocol Recovery Services, Inc.*

Date: 12/10/06

Keith Anderson Nelms, Esq.
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, Alabama 36103-5059
*Attorney for Plaintiff,*
*Amanda Turner Nobles*

125284