IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv886-WHA |
| | ) |
| PROTOCOL RECOVERY SERVICES, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Pro Tanto Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. #21), filed by the parties on February 17, 2006, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice against the Defendant Protocol Recovery Services, Inc. with costs taxed as paid and with Plaintiff to satisfy all valid or outstanding liens or subrogation interests relating to her and this matter. This case shall proceed against the remaining Defendant MRS Associates, Inc.

DONE this 21st day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE