AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Amanda Turner Nobles

V.

Zenta et al..

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05-cv-00886-WHA

TO: (Name and address of Defendant)

M.R.S Associates, Inc.
3 Executive Campus  Suite 400
Cherry Hill NJ 08002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jay Lewis
Law Offices of Jay Lewis, LLC
PO Box 5059
Montgomery AL 36130-5059

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

2.21.06

CLERK                                DATE

(By) DEPUTY CLERK