Nobles

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MRS
   3 Executive Campus
   Suite 400
   Cherry Hill, New Jersey 08002

   *pur at end cmp & cmp (20)*

2. Article Number
   (Transfer from service label)

   7005 0390 0000 5265 0462

PS Form 3811, February 2004    Domestic Return Receipt    05-886    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  3/2/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes