IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA NOBLES,            ) | |
|           Plaintiff,   ) | |
| v.                        ) | CIVIL ACTION NO. 2:05cv886-WHA |
| MRS, et al.,              ) | |
|           Defendants.  ) | |

### ORDER

Upon consideration of Plaintiff's Application for Default Judgment (Doc. #25), filed on April 28, 2006, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before May 15, 2006** why the application should not be granted. The application will be taken under submission on that day for determination without oral hearing.

DONE this 1st day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE