IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMANDA TURNER NOBLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:05cv886-WHA |
| | ) | |
| MRS ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Plaintiff's Application for Default Judgment (Doc. #25), and a review of the file in this case, the court notes that the Plaintiff has not first made application to the Clerk for entry of default pursuant to Rule 55(a), *Fed.R.Civ.P.* Once the Plaintiff properly obtains an entry of default by the Clerk, which is a prerequisite to obtaining a default judgment, the court will enter default judgment as to liability. The Plaintiff having demanded a jury, the court will then set the case for jury trial on the issue of damages.

DONE this 17th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE