IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| AMANDA NOBLES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:05cv886-B |
| ) | |
| MRS, et al., ) | |
| ) | |
| Defendant. ) | |

**APPLICATION FOR ENTRY OF DEFAULT**

COMES now the plaintiff respectfully submitting this application for entry of default stating as follows:

1. The Summons and Complaint were filed February 15, 2006 (Ct. Doc #20).

2. The Summons and Complaint issued on February 21, 2006 (Ct. Doc.# 23).

3. The defendant received and signed for the Summons and Complaint on March 2, 2006 (Ct. Doc. #24 ).

4. The Answer to Complaint was due March 22, 2006.

5. The defendant has not answered the complaint. Further, the defendant has not responded to the complaint against it with any motion or request for extension of time.

6. At the time of the filing of this application more than seven days have passed since the answer was due.

7. The damages in this cause are unliquidated.

The above considered, the plaintiff respectfully requests that Default be entered against the defendant. Further, the plaintiff respectfully requests that this matter be heard before a trier of fact for purposes of determining the value of damages.

RESPECTFULLY SUBMITTED this the _19th_ day of May, 2006.

    s/K. ANDERSON NELMS
    K. ANDERSON NELMS
    P.O. Box 5059
    Montgomery, AL 36103
    Phone: (334) 263-7733
    Fax: (334) 832-4390
    andynelms@jaylewislaw.com
    ASB-6972-E63K
    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by electronic delivery on this_19th_ day of May, 2006.

M.R.S. Associates, Inc.
3 Executive Campus
Suite 400
Cherry Hill, New Jersey 08002

    s/K. ANDERSON NELMS
    K. ANDERSON NELMS
    P.O. Box 5059
    Montgomery, AL 36103
    Phone: (334) 263-7733
    Fax: (334) 832-4390
    andynelms@jaylewislaw.com
    ASB-6972-E63K