IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AMANDA NOBLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:05cv886-DRB |
| ) | |
| MRS ASSOCIATES, INC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ENTRY OF DEFAULT

It appearing that defendant MRS Associates, Inc., was duly served with the summons and complaint on March 2, 2006, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on May 19, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, MRS Associates, Inc.

DONE THIS 23rd of May, 2006.

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA