IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05cv886-WHA ) |
| MRS ASSOCIATES, INC., | ) ) |
| Defendant. | ) |

**ORDER**

This case is before the court on the Application for Default Judgment (Doc. #25), filed by the Plaintiff on April 28, 2006. The Defendant was given an opportunity to show cause why the request should not be granted (Doc. #26) and did not do so. The Clerk having now entered default (Doc. #30), and it appearing to the court that the Application for Default Judgment is well-taken, it is GRANTED, and it is ORDERED as follows:

1. Default Judgment is entered in favor of the Plaintiff, Amanda Nobles, and against the Defendant, MRS Associates, Inc., as to all issues of liability.

2. Damages being unliquidated, and the Plaintiff having demanded a jury, this case is set for a jury trial on the issue of damages on the term of court commencing Tuesday, August 15, 2006.

3. The clerk is DIRECTED to mail a copy of this order to the Defendant.

DONE this 23rd day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE