IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv886-WHA |
| | ) |
| MRS ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is hereby ORDERED that the trial of this case on the Plaintiff's claim for damages is CONTINUED from the term of court commencing August 15, 2006, and RESET for the term of court commencing November 6, 2006.

DONE this 25th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE