IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AMANDA TURNER NOBLES | ) | |
| | ) | CIVIL ACTION NO.: |
| | ) | 2:05-cv-00886-WHA-DRB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M.R.S. ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** Laura C. Nettles of the law firm Lloyd, Gray & Whitehead, P.C., 2501 Twentieth Place South, Suite 300, Birmingham, Alabama, 35223, telephone number 205/967-8822, and hereby enters her Notice of Appearance as counsel for Defendant M.R.S. Associates, Inc. Attorney Laura C. Nettles requests that copies of all further notices and documents be forwarded to her and that her name be added to the Certificate of Service.

Dated this the 26th day of July, 2006.

/s/Laura C. Nettles
Laura C. Nettles (ASB-5805-S63L)
Attorney for Defendant,
M.R.S. Associates, Inc.

Of Counsel:
LLOYD GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, Alabama 35223
(205) 967-8822 (Telephone)
(205) 967-2380 (Facsimile)

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama, on this the 26th day of July, 2006:

K. Anderson Nelms, Esq.
Post Office Box 5059
Montgomery, Alabama 36103

                                                                      */s/ Laura C. Nettles*
                                                                      OF COUNSEL