IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMANDA NOBLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:05cv886-WHA |
| | ) | |
| MRS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

COMES now the plaintiff respectfully notifying this Honorable Court that the parties have reached a settlement in this case. The parties anticipate that they will file appropriate pleadings with the court relevant to Federal Rule of Civil Procedure, Rule 41 within ten days. The parties consider all matters resolved.

The above considered, the parties respectfully requests that all pending matters before the court be suspended or rendered moot.

RESPECTFULLY SUBMITTED this the _2nd_ day of November, 2006.

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties and/or counsel by CM/ECF or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, on this _2nd_ day of November, 2006.

Laura C. Nettles

s/K. ANDERSON NELMS
K. ANDERSON NELMS
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
andynelms@jaylewislaw.com
ASB-6972-E63K