IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M.R.S. ASSOCIATES, INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO.:<br>2:05-cv-00886-WHA-DRB |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW**, the Plaintiff, **AMANDA TURNER NOBLES,** and the Defendant, **M.R.S. ASSOCIATES, INC.**, by and through their attorneys of record, and stipulate that all claims of Plaintiff against Defendant, in this proceeding are to be dismissed with prejudice, with each party to bear its own costs. The Parties hereby request that this Court enter an Order dismissing the above-styled proceeding with prejudice.

This the 1st day of November, 2006.

Respectfully submitted,

/s/ Laura C. Nettles
Laura C. Nettles (ASB-5805-S63L)
Attorney for Defendant
M.R.S. Associates, Inc.

OF COUNSEL:
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Ste. 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

ACCEPTED: *Amanda Nobles*
                     Plaintiff
DATE: 10-27-06

Of Counsel: *[signature] Atty for Plaintiff - 10/25/06*
LLOYD GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, Alabama 35223
(205) 967-8822 (Telephone)
(205) 967-2380 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, to all counsel of record in this cause, on this the ___1st___ day of October, 2006:

K. Anderson Nelms, Esq.
Post Office Box 5059
Montgomery, Alabama 36103

                                            _____
                                            OF COUNSEL