IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMANDA TURNER NOBLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv886-WHA |
| | ) |
| M.R.S. ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. #40), filed by the parties on November 2, 2006, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 3rd day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE